AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Roberto Garcia,

V.

City of Chicago, et al.,

CASE NUMBER: **07CV6138**
ASSIGNED JUDGE: **JUDGE ASPEN**
DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE DENLOW**

TO: (Name and address of Defendant)

Chicago Police Officer Jerome Finnigan, star 5167
Attn: Office of Legal Affairs
3510 South Michigan Avenue
Chicago, Illinois 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(Signature) DEPUTY CLERK

OCT 3 0 2007
DATE

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 11-01-2007 |
| NAME OF SERVER (PRINT) Eric Oddo | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Hand delivered to Emerald Young at the Chicago Police Department office of Legal Affairs 3510 S. Michigan Chicago IL 60653

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/01/2007
          Date           Signature of Server

20 NORTH CLARK STREET, SUITE 1700
CHICAGO IL 60602
          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.