**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERTO GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 6138 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Aspen |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME**

Defendant, City of Chicago ("defendant"), by its attorneys, Dykema Gossett PLLC, for its motion for extension of time to answer or otherwise plead, states as follows:

1.      On October 30, 2007 plaintiff filed his complaint in this matter which includes allegations arising out of alleged misconduct by members of the Special Operations Section ("SOS") of the Chicago Police Department.  (*See* Dkt. 1.)

2.      Terrence M. Burns and Daniel M. Noland of Dykema Gossett PLLC have been retained and appeared as counsel for defendant.  (*See* Dkt. 9 and 10.)

3.      Certain cases involving allegations against members of the SOS have been referred to Magistrate Judge Michael Mason for pretrial settlement conferences.

4.      Defendant respectfully requests an extension of time to answer or otherwise plead to and including a date after the referral of this case to Magistrate Judge Mason.

5.      Plaintiff will not be prejudiced by granting the relief requested in this motion.

WHEREFORE, Defendant, City of Chicago, requests an extension of time to answer or otherwise plead to and including a date after the referral of this case to Magistrate Judge Mason for a pretrial settlement conference, and for any other relief this Court deems appropriate.

Dated:  November 20, 2007                        Respectfully submitted,


                                                 s/Daniel M. Noland (ARDC No. 6231175)
Terrence M. Burns                                One of the Attorneys for Defendant,
Daniel M. Noland                                 City of Chicago
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606
(312) 876-1700

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, I electronically filed the foregoing **Motion for Extension of Time** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street
Suite 1700
Chicago, Illinois  60602
(312) 795-9595

Joseph Vincent Roddy
Law Office of Joseph V. Roddy
77 West Washington Street
Suite 1100
Chicago, Illinois  60602
(312) 368-8220


s/Daniel M. Noland (ARDC No. 6231175)
Daniel M. Noland

CHICAGO\2399596.1
ID\DMN