IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTO GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 6138 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Aspen |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:     Counsel of Record

PLEASE TAKE NOTICE that on **November 27, 2007** at **10:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen, in Room 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Motion for Extension of Time**.

Dated: November 20, 2007                                         Respectfully submitted,


                                                                                     s/Daniel M. Noland (ARDC No. 6231175)
Terrence M. Burns                                                 One of the Attorneys for Defendant,
Daniel M. Noland                                                    City of Chicago
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606
(312) 876-1700

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 20, 2007, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

| | |
|---|---|
| Lawrence V. Jackowiak | Joseph Vincent Roddy |
| Law Offices of Lawrence V. Jackowiak | Law Office of Joseph V. Roddy |
| 20 North Clark Street | 77 West Washington Street |
| Suite 1700 | Suite 1100 |
| Chicago, Illinois  60602 | Chicago, Illinois  60602 |
| (312) 795-9595 | (312) 368-8220 |

              s/Daniel M. Noland (ARDC No. 6231175)
              Daniel M. Noland

CHICAGO\2399602.1
ID\DMN