UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Roberto Garcia
                Plaintiff,

v.                                      Case No.: 1:07−cv−06138
                                      Honorable Marvin E. Aspen

City of Chicago, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 26, 2007:

      MINUTE entry before Judge Marvin E. Aspen dated 11/27/07:Defendant City of Chicago's Motion for extension of time to answer or otherwise plead to plaintiff's complaint [22] is granted. Defendant is given to and including 2/21/08 in which to answer or otherwise plead to plaintiff's complaint. Motion terminated. This case is referred to Magistrate Judge Mason for a pretrial settlement conference. The motion hearing set for 11/27/07 is stricken. The status hearing set for 12/13/07 is reset to 2/28/08 at 10:30 a.m. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.