UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                           Case:   07 C 6138

    GARCIA, ROBERTO, Plaintiff,          Honorable Judge ASPEN

       v.

    CITY OF CHICAGO et at., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    Stephen Del Bosque, Joel Gonzalez, Donovan Markiewicz, Timothy Parker, Paul Zogg

| SIGNATURE      /S/ GERI LYNN YANOW |                                |
|---|---|
| FIRM      City of Chicago, Corporation Counsel | |
| STREET ADDRESS      30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP      Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)      6198618 | TELEPHONE NUMBER      312.744.2837 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES X      NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?      YES ☐      NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES X      NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?      YES X      NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.      RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |