# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that an Executive Committee Order of July 13, 2007 referred a number of cases involving police officers from the CPD Special Operations Unit to Magistrate Judge Michael T. Mason for the limited purpose of conducting initial settlement conferences, and

It further appearing that 07 C 6138, *Garcia v. City of Chicago*, is appropriate for inclusion with the cases referred to Magistrate Judge Mason by the Order of July 13; therefore

07 C 6138, *Garcia v. City of Chicago*, is hereby referred to Magistrate Judge Mason for the limited purpose of conducting initial settlement conferences. The previously designated magistrate judge will remain as designated in this case for all other purposes.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge

Dated at Chicago, Illinois this 27th day of November, 2007.