**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>ROBERTO GARCIA<br>v.<br>CITY OF CHICAGO, et al. | Case Number: 07 CV 6138 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITY OF CHICAGO

| |
|---|
| NAME (Type or print)<br>Molly E. Thompson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Molly E. Thompson |
| FIRM<br>Dykema Gossett PLLC |
| STREET ADDRESS<br>10 South Wacker Drive, Suite 2300 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6293942 | TELEPHONE NUMBER<br>312.876.1700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all registered counsel of record.

s/ Molly E. Thompson (ARDC No. 6293942)
Molly E. Thompson
