IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTO GARCIA | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:07-cv-06138 |
| | ) | |
| v. | ) | |
| | ) | Judge Aspen |
| CITY OF CHICAGO ET AL | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO EXTEND THE TIME IN WHICH
DEFENDANTS MAY ANSWER OR OTHERWISE PLEAD**

Defendant HERRERA, by through the LAW OFFICES OF ROBERT D. KUZAS LTD., respectfully request this Honorable Court extend the time in which the defendant may answer or otherwise plead to plaintiffs' complaint to February 21, 2007. In support thereof the defendant states as follows:

1. Phillip J. Oliver of The Law Offices of Robert D. Kuzas has been retained and filed as appearance on behalf of defendant HERRERA.. (*See* Dkt. 30)

2. This Court granted other Defendants' Motion Extension of Time to Answer or Otherwise Plead on November 26, 2007. (*See* Dkt. 24.)

3. This Court gave the Defendants until to answer or otherwise plead. *Id.*

4. Plaintiffs will not be prejudiced by granting the relief requested in this motion.

WHEREFORE, Defendant HERRERA respectfully request that he be given until February 21, 2007 to answer or otherwise plead to plaintiff's' complaint.

Respectfully submitted,

/s/ Phillip J. Oliver

Law Offices of Robert D. Kuzas, Ltd.
222 North LaSalle St. Suite # 200
Chicago, IL 60601
312.629.1400

- 2 -

**CERTIFICATE OF SERVICE**

      I, Phillip J. Oliver, an attorney, hereby certify that on November 30, 2007, I caused the foregoing **MOTION FOR EXTENSION OF TIME** to be served by CM/ECF Noticing on the parties listed below:

                Respectfully submitted,

                /s/ Phillip J. Oliver

**Terrence Michael Burns**
**Daniel Matthew Noland**
**Molly E. Thompson**
Dykema Gossett Rooks Pitts PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700

**Jonathan Clark Green**
**Joel G. Sandoval, 1st**
**Geri Lynn Yanow**
Chicago Corporation Counsel
Suite 1400
30 North LaSalle St.
Chicago, IL 60602-2580
312-744-0226
312-744-6566 (fax)

**Lawrence V. Jackowiak**
**Daniel P. Kiss**
**Louis Joseph Meyer**
Law Offices of Lawrence V. Jackowiak
20 North Clark Street
#1700
Chicago, IL 60602
(312) 795-9595
(312) 750-0632 (fax)

**Joseph Vincent Roddy**
Law Office of Joseph V. Roddy
77 West Washington Street
Suite 1100
Chicago, IL 60602
(312) 368-8220
josephvroddy@yahoo.com