IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTO GARCIA | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:07-cv-06138 |
| | ) | |
| v. | ) | |
| | ) | Judge Aspen |
| CITY OF CHICAGO ET AL | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: See Attached Certificate of Service

    PLEASE TAKE NOTICE that on December 6, 2007 at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Aspen or any judge sitting in his stead at U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois and shall present DEFENDANT HERRERA'S **MOTION FOR AN EXTENSION OF TIME TO PLEAD OR OTHERWISE ANSWER**, a copy of which is attached hereto and hereby served upon you.

Dated: November 30, 2007

                                                                Respectfully submitted,

                                                                 /s/ Phillip J. Oliver

Law Offices of Robert D. Kuzas, Ltd.
222 North LaSalle St. Suite # 200
Chicago, IL 60601
312.629.1400

**CERTIFICATE OF SERVICE**

  I, Phillip J. Oliver, an attorney, hereby certify that on November 30, 2007, I caused the foregoing **MOTION FOR EXTENSION OF TIME** to be served by CM/ECF Noticing on the parties listed below:

                Respectfully submitted,

                /s/ Phillip J. Oliver

**Terrence Michael Burns**
**Daniel Matthew Noland**
**Molly E. Thompson**
Dykema Gossett Rooks Pitts PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700

**Jonathan Clark Green**
**Joel G. Sandoval, 1st**
**Geri Lynn Yanow**
Chicago Corporation Counsel
Suite 1400
30 North LaSalle St.
Chicago, IL 60602-2580
312-744-0226
312-744-6566 (fax)

**Lawrence V. Jackowiak**
**Daniel P. Kiss**
**Louis Joseph Meyer**
Law Offices of Lawrence V. Jackowiak
20 North Clark Street
#1700
Chicago, IL 60602
(312) 795-9595
(312) 750-0632 (fax)

**Joseph Vincent Roddy**
Law Office of Joseph V. Roddy
77 West Washington Street
Suite 1100
Chicago, IL 60602
(312) 368-8220
josephvroddy@yahoo.com