IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTO GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CV 6138 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Marvin E. Aspen |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on the 27th day of December 2007 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Marvin E. Aspen or any judge sitting in his stead in Courtroom 2568 in the courthouse located at 219 S. Dearborn, Chicago, IL, and then and there present the attached Motion to Stay, a copy of which is hereby served upon you.

                                                      Respectfully submitted,

                                                      /s/ Joseph V. Roddy

THE LAW OFFICES OF JOSEPH V. RODDY
Attorney for Defendant Hopkins
77 W. Washington, Suite 1100
Chicago, IL 60602
312-368-8220

## CERTIFICATE OF SERVICE

I, Joseph V. Roddy, hereby certify that on December 19, 2007, I electronically filed the foregoing Notice of Motion to Stay and the Motion to Stay with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Lawrence V. Jackowiak
Louis Joseph Meyer
Daniel P. Kiss
Law Offices of Lawrence V. Jackowiak
20 N. Clark, Suite 1700
Chicago, IL 60602
jakowiaklawoffice@yahoo.com
meyerlouis@hotmail.com
dpk.esq@sbcglobal.net

Terrence Michael Burns
Daniel Matthew Noland
Molly E. Thompson
Dykema Gossett Rooks Pitts
10 S. Wacker Drive, Ste 2300
Chicago, IL 60606
tburns@dykema.com
dnoland@dykema.com
methompson@dykema.com

Phillip J. Oliver
Law Offices of Robert D. Kuzas, Ltd.
222 N. LaSalle, Ste 200
Chicago, IL 60601
oliverpj28@yahoo.com

Geri Lynn Yanow
Jonathon Clark Green
Joel G. Sandoval
Chicago Corporation Counsel
30 North LaSalle, Suite 1400
Chicago, IL 60602
glyanow@cityofchicago.org
jonathangreen@cityofchicago.org
joel.sandoval@cityofchicago.org