**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERTO GARCIA,           ) | | |
|             Plaintiff     ) | | |
|                           ) | | |
| v.                        ) | NO.  07 C 6138 | |
|                           ) | | |
| CITY OF CHICAGO,          ) | JUDGE ASPEN | |
|       et al.,             ) | | |
|                           ) | | |
|             Defendants.   ) | | |

**NOTICE OF MOTION**

**TO:**   See Service List

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **MOTION TO STAY THIS MATTER.**

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Aspen, or before such other Judge sitting in his place or stead, on the 3rd day of January, 2008, in room 2568, at 10:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 20th day of December, 2007.

                                                Respectfully submitted,

                                                /S/ GERI LYNN YANOW
                                                GERI LYNN YANOW
                                                Assistant Corporation Counsel

30 N LaSalle Street / Suite 1400
Chicago, Illinois 60602
(312) 744-2837
(312) 744-6566 (FAX)
ATTY. NO. 06198618

**SERVICE LIST**

**Lawrence V. Jackowiak**
**Law Offices of Lawrence V. Jackowiak**
**20 North Clark Street  / Suite 1700**
**Chicago IL 60602**

**Terrence M. Burns,**
**Daniel Noland**
**Dykema Gossett PLLC**
**10 South Wacker Drive / Suite 2300**
**Chicago, IL 60606**

**Robert D. Kuzas**
**Philip Oliver**
**Robert D. Kuzas Ltd.**
**222 N. LaSalle St. / Suite 200**
**Chicago, IL 60601**

**Joseph V. Roddy**
**Law Offices of Joseph V. Roddy**
**77 West Washington / Suite 1100**
**Chicago, IL 60602**