UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Roberto Garcia
                    Plaintiff,

v.                                              Case No.: 1:07−cv−06138
                                                Honorable Marvin E. Aspen

City of Chicago, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 26, 2007:

MINUTE entry before Judge Marvin E. Aspen dated 12/26/07:Plaintiff is to respond to defendants' motions to stay [34 & 36) on or before1/9/2008. Defendants are to reply by 1/11/2008. The motion hearings set for 12/27/07 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.