UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTO GARCIA, | ) | |
|     Plaintiff, | ) | No. 07 C 6138 |
| | ) | |
|     vs. | ) | Judge Aspen |
| | ) | Magistrate Judge Denlow |
| CITY OF CHICAGO, et al., | ) | |
|     Defendants. | ) | |

## NOTICE OF FILING

**TO:**   *See attached service list*

    **PLEASE TAKE NOTICE** that on Wednesday, January 9, 2008, I have filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, the accompanying **Plaintiff's Response to Defendants' Motion to Stay Proceedings.**

## CERTIFICATE OF SERVICE

    I, Lawrence V. Jackowiak, an attorney, certify that on Wednesday, January 9, 2008, this notice and the above-referenced document were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

    /s/ Lawrence V. Jackowiak
    *Counsel for the Plaintiff*

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595

# Service List

Terrence Burns, Daniel Noland, and Molly Thompson
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
*Attorneys for Defendant City of Chicago*

Joseph V. Roddy
Law Offices of Joseph Roddy
77 West Washington, Suite 1100
Chicago, Illinois 60602
*Attorney for Defenant-Officer Margaret Hopkins*

Geri Lynn Yanow, Jonathan Clark Green, and Joel Sandoval
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
*Attorneys for Defendant-Officers Stephen Del Bosque, Joel Gonzalez, Donovan Markiewicz, Timothy Parker and Paul Zogg*

Robert Kuzas and Philip Oliver
Law Offices of Robert Kuzas, Ltd
222 North LaSalle, Suite 200
Chicago, Illinois 60601
*Attorney for Defendant-Officer Keith Herrera*