IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTO GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 6138 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Aspen |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:     Counsel of Record

     PLEASE TAKE NOTICE that on **January 17, 2008** at **10:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Marvin E. Aspen, in Room 2568 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Motion to Stay**.

Dated: January 11, 2008                              Respectfully submitted,


                                                                                                                 s/ Daniel M. Noland (ARDC No. 6231175)

Terrence M. Burns                                         One of the Attorneys for Defendant
Daniel M. Noland                                          City of Chicago
Molly E. Thompson
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606
312.876.1700
312.627.2302 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

| | |
|---|---|
| Lawrence V. Jackowiak<br>Law Offices of Lawrence V. Jackowiak<br>20 North Clark Street<br>Suite 1700<br>Chicago, Illinois  60602<br>(312) 795-9595 | Joseph V. Roddy<br>Law Office of Joseph V. Roddy<br>77 West Washington Street<br>Suite 1100<br>Chicago, Illinois  60602<br>(312) 368-8220 |
| Geri L. Yanow<br>City of Chicago<br>Department of Law<br>30 North LaSalle Street<br>Suite 1400<br>Chicago, Illinois  60602<br>(312) 744-2837 | Phillip J. Oliver<br>Law Office of Robert D. Kuzas<br>222 North LaSalle Street<br>Suite 200<br>Chicago, Illinois  60601<br>(312) 654-8856 |

s/Daniel M. Noland (ARDC No. 6231175)
Daniel M. Noland

CHICAGO\2399602.1
ID\DMN