# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|                          |   |                          |
|--------------------------|---|--------------------------|
| ROBERTO GARCIA           | ) |                          |
|                          | ) |                          |
|             Plaintiff,   | ) | Case No. 07 C 6138       |
|                          | ) |                          |
|      vs.                 | ) |                          |
|                          | ) | Judge Aspen              |
| CITY                     | ) |                          |
|                          | ) | Magistrate Judge Denlow  |
|                          | ) |                          |
|                          | ) |                          |
|                          | ) |                          |
|                          | ) |                          |
|             Defendants.  | ) |                          |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:    Lawrence V. Jackowiak
       Louis J. Meyer
       Daniel P. Kiss
       Law Offices of Lawrence V. Jackowiak
       20 North Clark Street, Suite 1700
       Chicago, IL 60602

       **PLEASE TAKE NOTICE** that on January 18, 2008 I have caused to be filed with the
Clerk of the United States District Court for the Northern District of Illinois, Eastern Division,
**DEFENDANTS REPLY BRIEF IN SUPPORT OF MOTION TO STAY** a copy of which is
herewith served upon you.

       I hereby certify that on Wednesday, January 18, 2008 I electronically filed Notice of
Filing with the Clerk of the Court, using the CM/ECF system which will send notification of
such filing to the attorneys of record in this case.

                                        Respectfully submitted,

30 North LaSalle Street
Suite 1400 Chicago,                      */s/ Tiffany Y. Harris*
Illinois 60602
(312) 744-4833
Attorney No. 6238533
Tiffany Y. Harris
Assistant Corporation
Counsel