**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERTO GARCIA, | ) | |
| Plaintiff, | ) | No. 07 C 6138 |
| | ) | |
| Vs. | ) | Judge Marvin E. Aspen |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Denlow |
| Defendants. | ) | |

**DEFENDENT'S MOTION TO FILE THIER REPLY
TO PLAINTIFFS' RESPONSE TO DEFENANTS MOTION TO STAY**

Defendants, Timothy Parker, Paul Zogg, Donovan Markiewicz, Joel Gonzalez, Stephen Del Bosque, by their attorneys, Tiffany Harris and Joel G. Sandoval, Assistant Corporation Counsel for theCity of Chicago, request leave to file their reply in support of their Motion to Stay, instanter, stating as follows:

1. Defendant's reply in support to their motion to stay was due before this court on January 11, 2008.

2. Defendant's co-counsel Harris and Sandoval learned on January 11, 2008 that Defendant's reply in support for their Motion to Stay was due.

3. Additionally, Defendant's co-counsel Harris and Sandoval continue to assist in the above captioned matter while maintaining separate and heavy case loads.

4. Defendants ask leave to this Honorable Court to file their Reply in support of their motion to stay, a copy of which is attached to this motion, instanter.

5. Defendants submit that granting this motion is not prejudicail to plaintiff.  Defendants do not anticipate any opposition to this motion from plaintiff.


WHEREFORE, Defendants, Timothy Parker, Paul Zogg, Donovan Markiewicz, Joel Gonzalez, Stephen Del Bosque, by their attorneys, Tiffany Harris and Joel G. Sandoval,

Assistant Corporation Counsel for the City of Chicago, request leave to file their reply in support

of their Motion to Stay, instanter,

Respectfully submitted,

/s/ Tiffany Harris
/s/ Joel G. Sandoval
Tiffany Harris
Joel G. Sandoval
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago IL, 60602
312-742-5146