IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTO GARCIA | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| v. | ) | NO. 07 C 6138 |
| | ) | |
| THE CITY OF CHICAGO, | ) | Judge Aspen |
| | ) | Magistrate Judge Denlow |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

To:   Lawrence V. Jackowiak
Louis J. Meyer
Daniel Kiss
Law Offices of Lawrence V. Jackowiak
Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' MOTION TO FILE REPLY BRIEF INSTANTER**

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Der-Yeghiayan, on or before such other Judge sitting in his place or stead, on Thursday, January 24, 2008 **at 10:30 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 2568** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois January 18, 2008.

Respectfully submitted,

　　　/s/ Tiffany Y. Harris　　　　　
TIFFANY Y. HARRIS
Assistant Corporation Counsel
30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 744-5890
ATTORNEY NO. 6238533

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on Friday, January 18, 2008, I electronically filed **Notice of Motion - Defendant Officers' Motion to File Reply Brief Instanter** with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

                                                  _/s/Tiffany Y. Harris_
                                                  TIFFANY Y. HARRIS

30 No. LaSalle Street
Suite 1400
Chicago, IL 60602
(312) 744-5890
Atty. No. 6238533
Tiffany.Harris@cityofchicago.org