**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Roberto Garcia
                          Plaintiff,

v.                                         Case No.: 1:07−cv−06138
                                                      Honorable Marvin E. Aspen

City of Chicago, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 25, 2008:

      MINUTE entry before Judge Marvin E. Aspen dated 1/25/08:Defendants' Motions to stay [34, 36, & 49) ] are granted. All proceedings are stayed until further order of court. The status hearing set for 2/28/08 is reset to 5/22/08 at 10:30 AM. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.