MHN

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERTO GARCIA,                )
                               )
            Plaintiff,         )    No. 07 CV 6138
Vs.                            )    Judge Aspen
                               )    Magistrate Judge Denlow
CITY OF CHICAGO ET AL.,        )
                               )
            Defendants.        )

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

TO:   Law Offices of Lawrence V. Jackowiak
      20 North Clark Street, Suite 1700
      Chicago, Illinois 60602

      PLEASE TAKE NOTICE that effective the date of this notice our Law Firm address and contact information has changed to:

                    **LaMantia Law Associates**
                    **72 S. LaGrange Road**
                    **Suite 9**
                    **LaGrange, Illinois 60525-1521**
                    **Phone: 708-588-8266**
                    **Fax: 708-588-8267**

                                    Respectfully Submitted:
                                    LaMantia Law Associates

                                    By: John LaMantia

LaMantia Law Associates
72 S. LaGrange Road
Suite 9
LaGrange, Illinois 60525-1521
(708)588-8266
Atty. No. 32369

